UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH R GOVAN,

                Plaintiff,

-v-

COMMISIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 6255 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 11) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Plaintiff's Motion for Judgment on the Pleadings shall be due on **Wednesday, December 17, 2025.**

- Defendant's opposition to the Motion for Judgment on the Pleadings shall be due on **Friday, January 16, 2026.**

- Plaintiff's reply in further support of the Motion for Judgment on the Pleadings shall be due on **Friday, January 30, 2026.**

Dated:    New York, New York
          November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2