# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                            ltrust@osbornlawpc.com

December 10, 2025

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Plaintiff's request at Dkt. No. 14 is GRANTED and the briefing schedule set forth herein is ADOPTED.  Accordingly, Plaintiff's motion for judgment on the pleadings is due on **February 17, 2026,** Defendants' response is due **March 17, 2026**, and P's reply, if any, is due on **March 31, 2026**.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 14.
>
> SO ORDERED   12/11/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:     *Govan v. Commissioner of Social Security*
        Civil Action No. 1:25-cv-06255-SLC

Dear Judge Cave,

We write on behalf of our client, Sarah R. Govan, with the consent of the defense, to request a 60-day extension to file her motion for judgment on the pleadings which is currently due on December 17, 2025, per the Court's January 18, 2025 Scheduling Order. This is the parties' first joint request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **February 16, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **March 17, 2026**; and

- Plaintiff to file her reply, if any, on or before: **March 31, 2026.**

43 West 43rd Street, Suite 131                 Telephone 212-725-9800         osbornlawpc.com
New York, New York 10036                       Facsimile  212-500-5115        info@osbornlawpc.com

Honorable Sarah L. Cave
December 10, 2025
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq.