# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                       ltrust@osbornlawpc.com

December 11, 2025

Plaintiff's request at Dkt. No. 16 is GRANTED and the briefing schedule herein is ADOPTED.

The Clerk of the Court is respectfully directed to close Dkt. No. 16.

SO ORDERED   12/11/25

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Govan v. Commissioner of Social Security*
>       Civil Action No. 1:25-cv-06255-SLC

Dear Judge Cave,

The Court granted our Motion for an Extension of time to file on December 11, 2025. Plaintiff inadvertently put the wrong due date for the Commissioner's Brief.  We would like to amend the March 17, 2026 date to April 17, 2026.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **February 16, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **April 17, 2026**; and

- Plaintiff to file her reply, if any, on or before: **May 1, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036              Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Sarah L. Cave
December 11, 2025
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com


cc: Kristina Danielle Cohn, Esq.